IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY PRICE, | No. CIV S-08-1153-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DAVID B. DILLION, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action. On September 16, 2008, the court determined that service of the original complaint was appropriate and, on October 6, 2008, the court directed the United States Marshall to serve process on defendants. Prior to completion of service of process, plaintiff filed a first amended complaint on October 29, 2008. Because the first amended complaint supercedes the original complaint, the court hereby vacates the September 16, 2008, and October 6, 2008, orders, which relate to the original complaint. Appropriate orders for service of the first amended complaint will be issued, if appropriate, after the court conducts mandatory screening which will occur by separate order.

///

1   Accordingly, IT IS HEREBY ORDERED that the court's September 16, 2008,
2 and October 6, 2008, orders are vacated.

3

4   DATED: November 12, 2008

5

6   _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE